No. 09–11311. SYKES *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 561 U. S. 1058.] Motion of petitioner for leave to file volume II of the joint appendix under seal granted.

No. 10–76. GOODYEAR DUNLOP TIRES OPERATIONS, S. A., ET AL. *v.* BROWN ET UX., CO-ADMINISTRATORS OF THE ESTATE OF BROWN, ET AL. Ct. App. N. C. [Certiorari granted *sub nom. Goodyear Luxembourg Tires, S. A.* v. *Brown,* 561 U. S. 1058.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–179. STERN, EXECUTOR OF THE ESTATE OF MARSHALL *v.* MARSHALL, EXECUTRIX OF THE ESTATE OF MARSHALL. C. A. 9th Cir. [Certiorari granted, 561 U. S. 1058.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 09–1403. ERICA P. JOHN FUND, INC., FKA ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC. *v.* HALLIBURTON CO. ET AL. C. A. 5th Cir. Certiorari granted.

No. 10–568. NEVADA COMMISSION ON ETHICS *v.* CARRIGAN. Sup. Ct. Nev. Certiorari granted.

No. 10–779. SORRELL, ATTORNEY GENERAL OF VERMONT, ET AL. *v.* IMS HEALTH INC. ET AL. C. A. 2d Cir. Certiorari granted.

No. 10–209. LAFLER *v.* COOPER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "What remedy, if any, should be provided for ineffective assistance of counsel during plea bargain negotiations if the defendant was later convicted and sentenced pursuant to constitutionally adequate procedures?"